JS-6

FILED
CLERK, U.S. DISTRICT COURT
6/28/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RITO FUENTES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FRED FOULK, Warden,<br><br>　　　　Respondent. | Case No. ED CV 13-2385-MWF (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: June 28, 2016

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE